**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    __5th__    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    _____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Robert Suarez    JOINT DEBTOR: Ada Suarez    CASE NO.: 15-14364-RAM
Last Four Digits of SS# 6319    Last Four Digits of SS# 1273

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

    A.    $ 2,411.90 for months 1 to 60;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $2,800.00 TOTAL PAID $ 2,800.00
    Balance Due $ 0.00 payable $ 0.00/month (Months 1 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Bank NA (**POC#2**)    Arrearage on Petition Date $ 2,441.98
    Address: PO Box 3180    Arrears Payment $ 40.70/month (Months 1 to 60)
    Pittsburgh, PA 15230    Regular Payment $ 550.18/month (Months 1 to 60)
    Account No: ****-****-****-3580    *Conforming to Proof of Claim #2*

2. Wells Fargo Home Mortgage    Arrearage on Petition Date $ 0.00
    Address: 8480 Stagecoach Circle    Arrears Payment $ 0.00/month (Months 1 to 60)
    Frederick, MD 21701    Regular Payment $ 1,401.49/month (Months 1 to 60)
    Account No: *********3266

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0% | $0 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ 0.00
    Payable $ 0.00/month (Months 1 to 60)

Unsecured Creditors: Pay $ 178.34/month (Months 1 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Suarez                      /s/ Ada Suarez
Debtor                                              Joint Debtor
Date: 8/11/2015                        Date: 8/11/2015

LF-31 (rev. 01/08/10)