

**ORDERED in the Southern District of Florida on November 10, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

ROBERT SUAREZ and ADA J SUAREZ    Case No. 15-14364-RAM

Debtor(s)    Chapter 13

_____/

**ORDER SUSTAINING OBJECTION TO CLAIM #9**

THIS CAUSE came on to be heard on November 10th, 2014 upon the Debtor's Objection to Claim #9 of WELLS FARGO BANK, NA (Document #94), and based upon the record, it is:

ORDERED as follows:

1. The Debtor's Objection to Claim #9 is <u>SUSTAINED</u>, as the amount of arrearage is <u>$0.00</u> and therefore the claim is reduced to <u>$0.00</u>.

(###)

Alex A. Martinez, Esquire is directed to furnish a conformed copy of this order to all interested parties.

**ORDER SUBMITTED BY:**

Alex A. Martinez, Esq.
Alex A. Martinez, P.A.
Attorneys for the Debtor
4070 Laguna Street
Coral Gables, Florida 33146
Tel: (305) 379-9600
Fax: (305) 379-9696
alex@alexamartinezpa.com

**COPIES FURNISHED TO:**
Nancy K. Neidich, Esq.
Asst. US Trustee
All parties on the Service List