

ORDERED in the Southern District of Florida on February 2, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Robert Suarez and Ada
Justa Suarez**

    Debtor(s).

CASE NO. 15-14364-RAM
CHAPTER   13

_____/

**AGREED ORDER GRANTING MOTION TO CLARIFY, OR, IN THE ALTERNATIVE,
TO AMEND ORDER SUSTAINING OBJECTION TO CLAIM #9 (D.E. 107)**

This case came before the Court for hearing on January 12, 2016 at 9:00 AM upon the Motion to Clarify, or, in the Alternative, to Amend Order Sustaining Objection to Claim #9 (D.E. 107) filed by Wells Fargo Bank, N.A. ("Movant"), and the Court having being otherwise more fully advised in the premises, it is,

ORDERED as follows:

1. The Motion to Clarify, or, in the Alternative, to Amend Order Sustaining Objection to Claim #9 is GRANTED.

2. Claim No. 9-1 is allowed as filed.

3. Pre-petition arrearage listed in Claim No. 9-1 in the amount of $1,411.98 is stricken and reduced to $0.00. Claimant shall apply the payment in the amount of $1,411.98 received by

Claimant on March 13, 2015 as a pre-petition payment.

.

###

Submitted by:
Teresa M. Hair
FLORIDA BAR NO. 44079
Brock & Scott, PLLC.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766
Fax: (954) 618-6954
FloridaBKLegal@brockandscott.com


15-F11445
Movant is directed to serve copies of this order on the parties listed below and file a certificate of service with the Court.