**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X   5MP   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Robert Suarez        JOINT DEBTOR: Ada Suarez        CASE NO: 15-14364-RAM
Last Four of SS# 6319                Last Four of SS#: 1273

**MONTHLY PLAN PAYMENT: :** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ 2,560.81 for months  1  to  11
- B.   $ 2,572.19 for months  12  to  14
- C.   $ 3,325.29 for months  15  to  60 ; in order to pay the following creditors

Administrative:        Attorney's Fee - $ 2,800.00   TOTAL PAID $2,800.00
                       Balance Due   $ 0.00  payable $ 0.00 /month (Months  1 to 60)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

1. PNC BANK NA (POX #2)                Arrearage on Petition Date   $ 2,441.98/month
Address:  PO BOX 3180                  Arrears Payment $38.77/month (Months 1-14)
          Pittsburgh, PA 15230         Arrears Payment $41.29/month (Months 15-60)
Acct#:    3580                         Regular Payment $524.10/month (Months 1-14)
                                       Regular Payment $558.12/month (Months 15-60)

2. Wells Fargo Home Mortgage           Arrearage on Petition Date   $ 0.00/month
Address:  8480 Stagecoach Circle       Arrears Payment $0.00/month (Months 1-60)
          Frederick, MD 21701
Acct#:    3266                         Regular Payment $1,405.64/month (Months 1-11)
                                       Regular Payment $1,415.88/month (Months 12-60)
                                       *Payment Change has been noted, beginning on Months 1 & 12

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description & Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1\_\_\_\_\_   Total due $ 0.00    Payable $  /month (Months    To  ):

Unsecured Creditors:     Pay  $ 336.22  /month (Months 1  to 14 ):
                         Pay  $ 977.47  /month (Months 15 to 60):
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Suarez                      /s/ Ada Suarez_____
Debtor                                 Joint Debtor

Date: 8-23-2016                        Date: 8-23-2016

LF-31 (rev. 12/01/02)